Linda Bondi Morrison, Esq., SBN 210264
Ryan B. Luther, Esq., SBN 216928
TRESSLER LLP
18100 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone:  (949) 336-1200
Facsimile:   (949) 752-0645
            lmorrison@tresslerllp.com
            rluther@tresslerllp.com

Attorneys for Plaintiff and Counterdefendant
GREAT AMERICAN E & S INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GREAT AMERICAN E & S INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> KOUW PINNQ ENTERPRISE CO., LTD, and PURETECK CO., INC., <br><br> Defendants. | Case No. EDCV:13-00715 VAP (DTBx) <br> Judge:  Virginia A. Phillips <br> Courtroom 2 <br><br> **[PROPOSED] PROTECTIVE ORDER** |

Having reviewed the Stipulated Protective Order filed by Plaintiff and

Counterdefendant Great American E & S Insurance Company and Defendant and

Counterclaimant Pureteck Co., Inc., and good cause appearing therefor, IT IS

HEREBY ORDERED that the terms and conditions of the Stipulated Protective

Order shall govern the exchange of confidential information in this matter.

Dated: November 6, 2013

_____
UNITED STATES MAGISTRATE JUDGE

1