# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GREAT AMERICAN E & S INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>KOUW PINNQ ENTERPRISE CO., LTD, and PURETECK CO., INC.,<br><br>    Defendants. | Case No. EDCV:13-00715 VAP (DTBx)<br>Judge:  Virginia A. Phillips<br>Courtroom 2<br><br>**JUDGMENT** |

   Having reviewed the Stipulation For Entry of Consent Judgment of Rescission and Declaratory Relief, and good cause appearing therefor, the Court enters judgment in favor of Plaintiff Great American E & S Insurance Company ("Great American") and against Defendant Pureteck Co., Inc. ("Pureteck"), on the First, Second, Fourth and Sixth Causes of Action in Great American's Complaint for Rescission and

Declaratory Relief filed in this matter on April 17, 2013, in the form of the following declarations:

1. That the following policies issued to Defendant Kouw Pinnq Enterprise Co., Ltd. ("Kouw Pinnq"), have been properly rescinded by Great American:

- Great American BusinessPro Commercial General Liability Policy Nos. PL 2387913-00 and PL 2387913-01, issued for the policy periods of February 23, 2011 to February 23, 2012 and February 23, 2012 to February 23, 2013, respectively (collectively, "Primary Policies"); and

- Great American Commercial Excess Liability Policy Nos. 2387914-00 and 2387914-01, issued for the policy periods of February 23, 2011 to February 23, 2012 and February 23, 2012 to February 23, 2013 (collectively, "Excess Policies");

2. That the Primary Policies and the Excess Policies, and each of them, are void *ab initio*.

3. That Great American has no duty to defend or indemnify Pureteck under the Primary Policies or the Excess Policies in connection with claims from Elkay Manufacturing Company ("Elkay") with respect to water damage allegedly caused by the alleged failure of plastic collets supplied and/or manufactured by Kouw Pinnq, distributed within the United States by Pureteck, and installed into water fountains manufactured and sold by Elkay; and

4. That Great American has no duty to defend or indemnify Pureteck under the Primary Policies or the Excess Policies in connection with claims pertaining to alleged failures of GE-branded water filters manufactured and/or supplied by Kouw

Pinnq in Taiwan, distributed by Pureteck in the United States, and installed in refrigerators throughout the United States.

Great American and Pureteck shall each bear its own respective fees and costs incurred in this matter.

Great American's obligations with respect to the return of premiums paid for the Primary Policies and the Excess Policies shall be addressed in Great American's application for entry of default judgment against Kouw Pinnq.

**IT IS SO ORDERED.**

Dated: April 11, 2014 　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

OC # 46521