**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 13-00715-VAP (DTBx)                    Date:  May 1, 2014

Title:     GREAT AMERICAN E & S INSURANCE COMPANY -v- KOUW PINNQ
           ENTERPRISE CO., LTD, AND PURETECK CO., INC.
===============================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

          Marva Dillard                          None Present
          Courtroom Deputy                       Court Reporter

ATTORNEYS PRESENT FOR                   ATTORNEYS PRESENT FOR
PLAINTIFFS:                             DEFENDANTS:

          None                                   None

PROCEEDINGS:        ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE
                    (IN CHAMBERS)

      On April 4, 2013, Plaintiff Great American E & S Insurance Company ("Great
American") filed a Complaint against Defendants Kouw Pinnq Enterprise Co., LTD.
("Kouw Pinnq") and Pureteck Co., Inc. ("Pureteck").  (Doc. No. 1.)  Kouw Pinnq
failed to appear in this action, and on September 5, 2013, the Clerk of Court entered
a default against Kouw Pinnq.  (Entry of Default (Doc. No. 30).)  On April 10, 2014,
Great American filed a Stipulation for Entry of Consent Judgment against Pureteck.
(Stipulation for Entry of Judgment (Doc. No. 43).)  In the Stipulation, Great American
indicated that it "intends to proceed with an application for entry of default judgment
against Kouw Pinnq following the court's entry of judgment as to Pureteck in
response to this Stipulation." (<u>Id.</u> ¶ 17.)  The Court entered the Judgment on April
11, 2014.

MINUTES FORM 11                         Initials of Deputy Clerk  MD
CIVIL -- GEN                Page 1

EDCV 13-00715-VAP (DTBx)
GREAT AMERICAN E & S INSURANCE COMPANY v. KOUW PINNQ ENTERPRISE CO., LTD, AND PURETECK CO., INC.
MINUTE ORDER of May 1, 2014

A Pretrial Conference in this case is scheduled on May 5, 2014.  Great American has yet to file a motion for entry of default judgment or any other documents in anticipation of the Pretrial Conference.  Accordingly, the Pretrial Conference on May 5, 2014 is vacated, and the Court orders Great American to show cause as to why this action against Kouw Pinnq should not be dismissed without prejudice no later than May 5, 2014.

**IT IS SO ORDERED.**