**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN E & S INSURANCE COMPANY, | Case No. EDCV 13-00715-VAP (DTBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KOUW PINNQ ENTERPRISE CO., LTD, AND PURETECK CO., INC., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Plaintiff Great American E & S Insurance Company's ("Great American") Motion for Default Judgment against Defendant Kouw Pinnq Enterprise Co., LTD ("Kouw Pinnq"), IT IS ORDERED AND ADJUDGED that

1. That the following policies issued to Kouw Pinnq have been properly rescinded by Great American:

- Great American BusinessPro Commercial General Liability Policy Nos. PL 2387913-00 and PL

1  2387913-01, issued for the policy periods of February 23,
2  2011 to February 23, 2012 and February 23, 2012 to
3  February 23, 2013, respectively (collectively, "Primary
4  Policies"); and

5     • Great American Commercial Excess Liability
6  Policy Nos. 2387914-00 and 2387914-01, issued for the
7  policy periods of February 23, 2011 to February 23, 2012
8  and February 23, 2012 to February 23, 2013, respectively
9  (collectively, "Excess Policies");

11   2.  That the Primary Policies and the Excess
12  Policies, and each of them, are void ab initio.

14   3.  That Great American has no duty to defend or
15  indemnity Kouw Pinnq under the Primary Policies or the
16  Excess Policies in connection with claims from Elkay
17  Manufacturing Company ("Elkay") with respect to water
18  damage allegedly caused by the alleged failure of plastic
19  collets supplied and/or manufactured by Kouw Pinnq,
20  distributed within the United States by Defendant
21  Pureteck Co., Inc. ("Pureteck"), and installed into water
22  fountains manufactured and sold by Elkay; and

24   4.  That Great American has no duty to defend or
25  indemnity Kouw Pinnq under the Primary Policies or the
26  Excess Policies in connection with claims pertaining to
27  alleged failures of GE-branded water filters manufactured

and/or supplied by Kouw Pinnq in Taiwan, distributed by Pureteck in the United States, and installed in refrigerators throughout the United States.

The Court orders that such judgment be entered.

Dated: August 11, 2014

VIRGINIA A. PHILLIPS
United States District Judge